JUDGE WALTER S. SMITH, JR.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

BRANDON BERNARD,                          )   Criminal No.: W-99-CR-070(2)
                                          )   Civil No.: W-04-CV-164
        *Movant/Appellant*,               )
                                          )
        vs.                               )   NOTICE OF APPEAL
                                          )
UNITED STATES OF AMERICA,                 )   DEATH PENALTY CASE
                                          )
        *Respondent/Appellee.*            )
                                          )

**PLEASE TAKE NOTICE** that Defendant-Appellant BRANDON BERNARD ("Mr. Bernard"), through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's September 28, 2012 *Order* (Dkt. # 449) and entry of *Final Judgment* against Mr. Bernard (Dkt. # 450), denying and dismissing Mr. Bernard's Amended Motion to Vacate, Set Aside, or Correct Judgment and Sentence By A Person in Federal Custody (Dkt. #416); and from this Court's February 8, 2013 *Order* (Dkt. # 473) denying Mr. Bernard's *Motion to Alter or Amend Judgment (Fed. R. Civ. P. 59(e))* (Dkt. # 452), and from each and every subsidiary adverse ruling and finding forming the bases for said orders.

Mr. Bernard proceeds *in forma pauperis* pursuant to Fed. R. App. Proc. 24(a)(3), having been found by this Court to be financially unable to obtain an adequate defense. *See* Dkt. # 354 (order appointing counsel for proceedings under 28 U.S.C. §2255).

NOTICE OF APPEAL                    - 1
(*United States v. Brandon Bernard*; CR99-0070(2)WSS)

**ROBERT C. OWEN**
**CAPITAL PUNISHMENT CLINIC**
**727 EAST DEAN KEETON ST.**
**AUSTIN, TX  78705-3224**
**(512) 232-9391**

Dated this 28th day of March, 2013.

Respectfully submitted,

s/ Robert C. Owen

Robert C. Owen,
Texas Bar No.: 15371950
Capital Punishment Clinic, School of Law
The University of Texas at Austin
727 East Dean Keeton Street
Austin, TX  78705-3224
(512) 232-9391 / Fax: (312) 232-9171
Email: robowenlaw@gmail.com

/s John Carpenter

John Carpenter,
Washington State Bar No.: 23301
Federal Public Defender
Western District of Washington
1331 Broadway, Suite 400
Tacoma, WA  98402
(253) 593-6710 / Fax: (253) 593-6714
Email: John_Carpenter@fd.org

NOTICE OF APPEAL          - 2
(*United States v. Brandon Bernard*; CR99-0070(2)WSS)

ROBERT C. OWEN
CAPITAL PUNISHMENT CLINIC
727 EAST DEAN KEETON ST.
AUSTIN, TX  78705-3224
(512) 232-9391

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2013, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system which will send notification of filing to Assistant United States Attorney Mark Frazier.

I further certify that I mailed one copy of the foregoing Notice of Appeal to Defendant-Appellant Brandon Bernard via US Mail to:

Mr. Brandon Bernard
Reg. No. 91908-080
Terre Haute USP
4700 Bureau Road South
Terre Haute, Indiana 47802

s/ *Amy Strickling,*
Amy Strickling, Paralegal
Federal Public Defender Office

NOTICE OF APPEAL                    - 3
(*United States v. Brandon Bernard*; CR99-0070(2)WSS)

**ROBERT C. OWEN**
**CAPITAL PUNISHMENT CLINIC**
**727 EAST DEAN KEETON ST.**
**AUSTIN, TX  78705-3224**
**(512) 232-9391**