# U.S. District Court [LIVE]
## Western District of Texas (Waco)
## CIVIL DOCKET FOR CASE #: 6:04-cv-00164-WSS

Bernard v. USA
Assigned to: Judge Walter S. Smith
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Cases in other court: Waco Crim# , W-99-CR-70(2)
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 6/14/2004
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**
-----------------------

**Brandon Bernard**

represented by **Robert Gombiner**
Federal Public Defender's Office for the Western District of Washington
1601 Fifth Avenue
Suite 700
Seattle, WA 98101
(206) 553-1100
Fax: (206) 553-0120
Email: robert_gombiner@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert C. Owen**
Capital Punishment Center
School of Law, University of Texas at Austin
727 East Dean Keeton Street
Austin, TX 78705
(512)232-9391
Fax: 512/232-9171

Email: robowenlaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**
----------------------

**USA**                                    represented by **Mark Frazier**
U.S. Attorney's Office
800 Franklin
Suite 280
Waco, TX 76701
(254) 750-1580
Fax: 254/750-6664
Email: Mark.Frazier@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 6/14/2004 | | Case assigned to Honorable Walter S. Smith (as) (Entered: 6/15/2004) |
| 6/14/2004 | | Motion by Brandon Bernard to vacate under 28 U.S.C 2255 (Redacted) (as) (Entered: 6/15/2004) |
| 10/25/2012 | 1 1 | Unopposed MOTION for Leave to Exceed Page Limitation *for Motion & Memorandum to Alter or Amend Judgment* by Brandon Bernard. (Attachments: # (1) Proposed Order)(Owen, Robert) (Entered: 10/25/2012) |
| 10/25/2012 | 2 2 | MOTION for Reconsideration re Motion to Vacate/Set Aside/Correct Sentence (2255) *Pursuant to Rule 59(e)* by Brandon Bernard. (Attachments: # (1) Proposed Order)(Owen, Robert) (Entered: 10/25/2012) |
| 10/25/2012 | 3 3 3 3 | Memorandum in Support, filed by Brandon Bernard, re [2] MOTION for Reconsideration re Motion to Vacate/Set Aside/Correct Sentence (2255) *Pursuant to Rule 59(e)* filed by Petitioner Brandon Bernard (Attachments: # (1) Exhibit A1-A7, # (2) Exhibit B, C, # (3) Declaration of Robert C. Owen)(Owen, Robert) (Entered: 10/25/2012) |