# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 04, 2013

Mr. John Robert Carpenter
Federal Public Defender
1331 Broadway
Suite 400
Tacoma, WA 98402

Mr. Robert Charles Owen
Owen & Rountree, L.L.P.
P.O. Box 40428
Austin, TX 78704-0000

     No. 13-70013    USA v. Brandon Bernard
     USDC No. 6:04-CV-164
     USDC No. 6:99-CR-70-2

We have docketed the appeal and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure. We cannot accept motions submitted under the Federal Rules of **Civil** Procedure. We can address only those documents the court directs you to file, or proper motions filed in support of the appeal. See FED. R. APP. P. and 5TH CIR. R. 27 for guidance. Documents not authorized by these rules will not be acknowledged or acted upon.

You must first complete the transcript order form the district court clerk provided you. A fillable PDF version of the Transcript Order Form is available on the 5th Circuit website. The document can be found in the Court Reporter section of the Clerk's Office Documents page. When completed, this meets your obligation to order the necessary portion(s) of the court reporter's transcript, see FED. R. APP. P. 10(b). Second, you must make financial arrangements with the court reporter to pay for the transcript. If you are pro se and unable to afford payment, you must file a motion with the district court requesting a transcript at government expense, and notify this court of the filing. We will then coordinate with the court reporter for a time to file the transcript. The court reporter should contact you directly if an extension of time is granted to file the transcript. If you do not order or make arrangements to pay for the transcript within 15 days, we will dismiss your appeal without further notice, unless the case is a criminal appeal and you are proceeding In Forma Pauperis, see 5TH CIR. R. 42.3.

We will provide you information about the briefing schedule of this appeal at a later date.  If a transcript is unnecessary, notify us and we will start the briefing schedule.  5TH CIR. R. 31.4 and the Internal Operating Procedures following rules 27 and 31 state that except in the most extraordinary circumstances, the maximum extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

Counsel who desire to appear in this case must electronically file a "Form for Appearance of Counsel" naming each party you represent, within 14 days from this date, see FED. R. APP. P. 12(b) and 5TH CIR. R. 12.  The form is available from the Fifth Circuit web site, www.ca5.uscourts.gov.  If you fail to electronically file the form we will remove your name from the docket. We cannot release official records on appeal unless you have entered an appearance.  Pro se parties do not need to file an appearance form.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By:_____
                              Monica R. Washington, Deputy Clerk
                              504-310-7705

cc:  Mr. Mark Luke Frazier
     Mr. Joseph H. Gay Jr.