# TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Western District of Texas, Waco | CR99-70(2) |

Short Case Title  United States v. Brandon Bernard          Court Reporter  N/A

Date Notice of Appeal Filed by Clerk of District Court   March 31, 2013          Court of Appeals #  13-70013

(If Available)

---

**PART I.** (To be completed by party ordering transcript.  Do not complete this form unless financial arrangements have been made.)

A.  Complete one of the following:
- ☒ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings:  (check appropriate box)

  Voir dire ☐;    Opening statement of plaintiff ☐;    defendant ☐;

  Closing argument of plaintiff ☐;    defendant ☐;    Opinion of court ☐;

  Jury instructions ☐;    Sentencing ☐;    Bail hearing ☐;

*(stamp: U.S. COURT OF APPEALS RECEIVED APR 1 6 2013 FIFTH CIRCUIT)*

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| | | |
| | | |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B.  This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript.  The method of payment will be:
- ☐ Private funds;    ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy);
- ☐ Other IFP Funds;    ☐ Advance Payment waived by reporter;    ☐ U.S. Government Funds;
- ☐ Other

| | | | |
|---|---|---|---|
| Signature | s/ John Carpenter | Date Transcript Ordered | April 15, 2013 |
| Print Name | John Carpenter | Counsel for | Brandon Bernard |
| Address | 1331 Broadway, Suite 400, Tacoma, WA  98402 | Phone Number | +1 (253) 593-6710 |

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

---

**PART II.   COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt.  Read instruction on reverse side of copy 4 before completing.)

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- ☐ Satisfactory Arrangements for payment were made on _____

- ☐ Arrangements for payment have not been made.  Reason:  ☐ Deposit not received   ☐ Unable to contact ordering party   ☐ Other (Specify) _____

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

Address of Court Reporter: _____

**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

---

**PART III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages          _____ Actual Number of Volumes

| Date | Signature of Court Reporter |
|---|---|

DKT-13 (5/96) modified 01/05 WDTX

AO 435
(Rev. 03/08) (WDTX Mod. 6/5/08)
*Please Read Instructions:*

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

| 1. NAME John Carpenter | | 2. PHONE NUMBER (253) 593-6710 | 3. DATE 4/15/2013 | |
|---|---|---|---|---|
| 4. MAILING ADDRESS 1331 Broadway, Suite 400 | | 5. CITY Tacoma | 6. STATE WA | 7. ZIP CODE 98402 |
| 8. CASE NUMBER CR99-70(2) | 9. JUDGE Judge Smith | DATES OF PROCEEDINGS | | |
| | | 10. FROM | 11. TO | |
| 12. CASE NAME United States v. Brandon Bernard | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY | 14. STATE | |

**15. ORDER FOR**

| [X] APPEAL | [X] CRIMINAL | [X] CRIMINAL JUSTICE ACT | [ ] BANKRUPTCY |
|---|---|---|---|
| [ ] NON-APPEAL | [ ] CIVIL | [X] IN FORMA PAUPERIS | [ ] OTHER |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | No Hearings Took Place | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | | ESTIMATE TOTAL | |
|---|---|---|---|
| 18. SIGNATURE *Amy Strickling* | | PROCESSED BY | |
| 19. DATE *April 15, 2013* | | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | DEPOSIT PAID | |
| DEPOSIT PAID | | | TOTAL CHARGES | |
| TRANSCRIPT ORDERED | | | LESS DEPOSIT | |
| TRANSCRIPT RECEIVED | | | TOTAL REFUNDED | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL DUE | |
| PARTY RECEIVED TRANSCRIPT | | | | |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY