# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 06, 2013

Mr. John Robert Carpenter
Federal Public Defender's Office
1331 Broadway
Suite 400
Tacoma, WA 98402

Mr. Robert Charles Owen
Owen & Rountree, L.L.P.
P.O. Box 40428
Austin, TX 78704-0000

     No. 13-70013   USA v. Brandon Bernard
     USDC No. 6:04-CV-164
     USDC No. 6:99-CR-70-2

Before this appeal can proceed you must apply for a certificate of appealability (COA) to comply with 28 U.S.C.§ 2253. If you wish to proceed, address your application for COA to this court. Also send a separate brief supporting the application. In the brief set forth the issues, clearly give supporting arguments and make appropriate record citations. Your "application for COA" and "brief in support" together may not exceed the length limitations set forth in FED. R. APP. P. 32(a)(7). You must electronically file your documents within 40 days from the date of this letter. If you do not do so we will dismiss the appeal, see 5TH CIR. R. 42. Note that 5TH CIR. R. 31.4 and the Internal Operating Procedures following rules 27 and 31 state the court's sense that except in the most extraordinary circumstances, the maximum extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

To receive the record on appeal, you must provide this office with a United Parcel Service, or similar commercial delivery service, account number via email at **ca05_roarequest@ca5.uscourts.gov.** If you wish to receive exhibits, they must be specifically requested in your email. **You must include the case number in the subject line of your email.** We will charge that account for shipping you the record on appeal, see 5TH CIR. R. 30.1, effective November 1, 2004. In the alternative, you may contact a local courier or attorney support services firm to pick up the record and ship it to you. Advise this office via the same email address listed above if you are pursuing this alternative, or if you need assistance locating a firm to help you.

By copy of this letter, we advise counsel for respondent-appellee that their response to the application and brief is due 30 days thereafter.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Monica R. Washington, Deputy Clerk
                              504-310-7705


cc:   Mr. Mark Luke Frazier
      Mr. Joseph H. Gay Jr.

UNITED STATES OF AMERICA,

                     Plaintiff - Appellee

v.

BRANDON BERNARD,

                     Defendant - Appellant