# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 11, 2013

Mr. John Robert Carpenter
Federal Public Defender's Office
1331 Broadway
Suite 400
Tacoma, WA 98402

     No. 13-70013,   USA v. Brandon Bernard
          USDC No. 6:04-CV-164
          USDC No. 6:99-CR-70-2

Dear Counsel:

The following pertains to your electronically filed appearance form.

Counsel is not admitted.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By:_____
          Majella A. Sutton, Deputy Clerk
          504-310-7793