# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | COA NO.: 13-70013 |
| ) | |
| Respondent-Appellee, ) | APPLICATION FOR |
| ) | CERTIFICATE OF |
| vs. ) | APPEALABILITY |
| ) | |
| BRANDON BERNARD, ) | |
| ) | |
| Movant-Appellant. ) | |
| ) | |

Pursuant to 28 U.S.C. §2253(c) and Rule 22(b) of the Federal Rules of Appellate Procedure, Movant-Appellant Brandon Bernard, by counsel, hereby applies for a Certificate of Appealability authorizing him to appeal from the judgment of the United States District Court for the Western District of Texas denying his motion for relief under 28 U.S.C. §2255 and his motion to alter or amend that judgment, as specified in his Notice of Appeal.

///
///
///
///
///
///
///

APPLICATION FOR CERTIFICATE OF APPEALABILITY  - 1 -
*United States v. Brandon Bernard*; COA NO.: 13-70013

**ROBERT C. OWEN**
**CAPITAL PUNISHMENT CENTER**
**727 EAST DEAN KEETON ST.**
**AUSTIN, TX 78705**
**(512) 232-9391**

The grounds and arguments in support of issuance of a Certificate of Appealability in this appear are set forth fully in the accompanying Brief in Support of Application for Certificate of Appealability.

DATED this 8th day of July, 2013.

Respectfully submitted,

*/s/ Robert C. Owen*
Robert C. Owen
Capital Punishment Clinic, School of Law
The University of Texas at Austin
727 East Dean Keeton Street
Austin, TX 78705-3224
Phone: (512) 232-9391 / Fax: (312) 232-9171
Email: robowenlaw@gmail.com
Texas Bar No.: 15371950

*/s/ John Carpenter*
John Carpenter
Assistant Federal Public Defender
1331 Broadway, Suite 400
Tacoma, WA 98402
Phone: (253) 593-6710 / Fax: (253) 593-6714
Email: John_Carpenter@fd.org
WSB: 23301

APPLICATION FOR CERTIFICATE OF APPEALABILITY  - 2 -
*United States v. Brandon Bernard*; COA NO.: 13-70013

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED this 8th day of July, 2013.


*s/ Amy Strickling*
Amy Strickling, Paralegal

APPLICATION FOR CERTIFICATE OF APPEALABILITY  - 3 -
*United States v. Brandon Bernard*; COA NO.: 13-70013

**ROBERT C. OWEN
CAPITAL PUNISHMENT CENTER
727 EAST DEAN KEETON ST.
AUSTIN, TX 78705
(512) 232-9391**