# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 13-70013

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

BRANDON BERNARD,

Defendant - Appellant

Appeal from the United States District Court for the
Western District of Texas, Waco

ORDER:

IT IS ORDERED that appellant's unopposed motion for leave to file the
brief in support of application for certificate of appealability in excess of word
limitation, but not to exceed 19,714 words is *granted.*

_____
EDITH H. JONES
UNITED STATES CIRCUIT JUDGE