# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 16, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 13-70013   USA v. Brandon Bernard
                      USDC No. 6:04-CV-164
                      USDC No. 6:99-CR-70-2

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By:_____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Mr. John Robert Carpenter
Mr. Mark Luke Frazier
Mr. Joseph H. Gay Jr.
Mr. Robert Charles Owen

P.S. to Messrs. Carpenter and Owen: As a reminder, the brief in
support of COA is due for filing tomorrow, July 17th.