# No. 13-70013

================================================================

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

### UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

### BRANDON BERNARD,

*Defendant-Appellant.*

**and**

# No. 13-70016

### CHRISTOPHER ANDRE VIALVA,

*Defendant-Appellant.*

**On Appeal from the United States District Court
for the Western District of Texas**

### MOTION TO CONSOLIDATE AND FOR
### <u>FIRST EXTENSION OF APPELLEE'S RESPONSE TIME</u>

TO THE HONORABLE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Now comes the United States of America, by and through the United States Attorney for the Western District of Texas, and respectfully moves this Court to grant its request to consolidate the two appeals in 13-70013 and 13-70016 and

furthermore, to grant it an initial extension, of 90 days, until November 14, 2013, in which to file the Appellee's response to Appellant Bernard's Application for Certificate of Appealability (COA). As grounds for these requests, the United States would respectfully show the Court as follows:

Appellee seeks to consolidate the two appeals under 13-70013 and 13-70016. Brandon Bernard and Christopher Andre Vialva were co-defendants in a jury trial in district court in 2000. Appellant Bernard was found guilty of Motor Vehicle Theft – Carjacking and Aiding and Abetting, Conspiracy to Murder, and Murder, First Degree and was sentenced to Life without the possibility of release. He was also convicted of Murder, First Degree (on a Government reservation) and was sentenced to Death.

Similarly, Appellant Vialva was convicted of Motor Vehicle Theft – Carjacking and Aiding and Abetting, Conspiracy to Murder, and Murder, First Degree (on a Government reservation) and was sentenced to Death. Both Appellants were tried together and their direct appeal was consolidated under appeal number 00-50523, which this Court affirmed in 2002.

The subject appeals are from the denial of Appellant Bernard and Vialva's motions to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255. Their 2255 motions were separately filed and entered at the district court on June 15,

2004. The government filed its responses, 222 pages for Bernard and 208 pages for Vialva, on December 8, 2004. Appellant Bernard filed an amended 2255 motion on December 8, 2004. Appellant Vialva's amended 2255 motion was filed on May 9, 2005. The district court denied both 2255 motions on September 28, 2012. Thereafter, both Appellants filed motions to reconsider on October 25th and 26th of 2012, respectively. The government filed its responses on December 6, 2012.[1] The district court denied both motions on December 8, 2012. Appellant Bernard's notice of appeal was timely entered on March 28, 2013. Appellant Vialva's notice of appeal was timely entered on April 8, 2013.

Appellant Bernard's application for COA, 13-70013, was filed with this Court on July 8, 2013. In his 86-page brief in support of his application for COA, Appellant Bernard raises six issues, which include approximately 30 sub-issues. These issues include denial-of-discovery claims, denial-of-hearing claims, a multitude of ineffective-assistance-of-counsel claims; *Brady* claims; and Fifth-Amendment claims.

Appellant Vialva is not due to file his application for COA, in 13-70016, until August 28, 2013. It is expected that his brief in support of COA will be similarly massive.

---

[1] Mr. Stelmach, the assigned AUSA in the present appeal, drafted these responses. He has been working on this case since first assigned in 2004.

Appellee seeks to consolidate the two appeals for the purposes of minimizing the expenditure of government and judicial resources and streamlining the appellate process. Because the facts in both appeals are intertwined and arose from the same trial, it is our belief that the time and effort required by this Court in reviewing these appeals would be more efficiently utilized by consolidating them.

The response for the United States in Appellant Bernard's appeal, 13-70013, is currently due for filing with this Court on August 16, 2013. Again, Appellant Vialva's application for COA is not due for filing until August 28, 2013. Appellee has requested no extensions in either case. In order to provide this Court with a thorough, well written response, a 90-day extension, until November 14, 2013, is needed in Appellant Bernard's appeal, 13-70013, and a 78-day extension, also until November 14, 2013, is needed in Appellant Viala's appeal, 13-70016, assuming his application for COA is filed on August 28, 2013. Due to the size and complexity of the record in this case, a complete review of all relevant facts will consume a substantial period of time. In order to allow sufficient time for the government to complete its review of the record, conduct the necessary research and legal analysis of the issues raised in Appellant Bernard's application for COA, review and address the issues raised in Appellant Vialva's application for COA, once it is filed, the

government requests an initial extension until November 14, 2013, for filing its Appellee's response.

In further support of this extension request, the government would show that assigned attorney, Mark Stelmach, has diligently been working to finalize the Appellee's brief in *United States v. Strunk*, 13-50189, which is currently under due on September 4, 2013 and *United States v. Yassine*, *Et Al*, 13-50069, which is currently due on September 9, 2013.

In summary, given the complexity of the issues and the size of the record, this 90-day extension is requested out of necessity to fully research and address the numerous issues raised by Appellant Bernard, and Vialva, once he has filed his application for COA. The United States does not seek this extension for purposes of delay. Rather, the United States wishes to provide this Court with a thorough, well researched brief that will assist the Court in making its decision in this case.

## CERTIFICATE OF CONFERENCE

Opposing counsel, Mr. Robert Owen and Mr. John Carpenter, attorneys for Appellant Bernard, and Ms. Susan Otto and Mr. Jared Tyler, attorneys for Appellant Vialva, were consulted regarding this motion. All counsel indicated their non-opposition to the government's request for a 90-day extension. However,

opposing counsel expressed that they could not agree to the government's request to consolidate the two appeals.

**WHEREFORE,** premises considered, the United States respectfully requests the Court grant its motion to consolidate these appeals and that it grant leave to file its responsive brief on November 14, 2013.

Respectfully submitted,

ROBERT PITMAN
United States Attorney


By: */s/ Joseph H. Gay, Jr.*
JOSEPH H. GAY, JR.
Assistant United States Attorney

## CERTIFICATE OF SERVICE

By signing above, I hereby certify that on the 14th day of August, 2013, I filed this document with the Fifth Circuit Court of Appeals using the CM/ECF filing system, which will cause a copy of the document to be delivered to the following, via electronic mail.

| | |
|---|---|
| Mr. John Carpenter | Mr. Robert C. Owen |
| Attorney for Appellant Bernard | Attorney for Appellant Bernard |
| | |
| Ms. Susan M. Otto | Mr. Jared Tyler |
| Attorney for Appellant Vialva | Attorney for Appellant Vialva |

/s/ Joseph H. Gay, Jr.
JOSEPH H. GAY, JR.
Assistant United States Attorney