# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 13-70013
_____

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

BRANDON BERNARD,

      Defendant - Appellant

_____

Appeal from the United States District Court for the
Western District of Texas, Waco

_____

O R D E R :

    IT IS ORDERED that Appellee's opposed motion to consolidate appeals 13-70013 and 13-70016 is GRANTED.

    IT IS FURTHER ORDERED that Appellee's unopposed alternative request for an extension of time, to and including November 19, 2013, for leave to file a response to the motion for certificate of appealability is GRANTED.

                    /s/ Edith H. Jones
                    EDITH H. JONES
            UNITED STATES CIRCUIT JUDGE