*United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

August 14, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 13-70013  USA v. Brandon Bernard
      USDC No. 6:04-CV-164
      USDC No. 6:99-CR-70-2
      USDC No. 6:04-CV-163
      USDC No. 6:99-CR-70-1

CONSOLIDATED WITH

   No. 13-70016 USA v. Christopher Vialva
      USDC No. 6:04-CV-163
      USDC No. 6:99-CR-70-1

Enclosed is an order entered in these cases.

The court has granted the motion to consolidate, and has also granted an extension of time until November 14, 2013, for filing a response to the motion for certificate of appealability (COA).

As a reminder, Mr. Vialva's motion for COA and brief in support are due for filing on August 28, 2013. Once these documents are filed, the same response deadline of November 14, 2013 will apply as only one response is now necessary in light of consolidation.

Also, please see below for the revised caption for use on all future filings.

               Sincerely,

               LYLE W. CAYCE, Clerk

               By:_____
               Mary Frances Yeager, Deputy Clerk
               504-310-7686

Mr. John Robert Carpenter
Mr. Joseph H. Gay Jr.
Ms. Susan M. Otto
Mr. Robert Charles Owen
Mr. William Putnicki
Mr. Jared Tyler

13-70013 UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

BRANDON BERNARD,

Defendant - Appellant

CONSOLIDTED WITH 13-70016

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

CHRISTOPHER ANDRE VIALVA

Defendant - Appellant