# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent-Appellee | ) | |
| | ) | |
| v. | ) | 13-70013 |
| | ) | |
| **BRANDON BERNARD,** | ) | |
| | ) | |
| Movant - Appellant. | ) | |

## CONSOLIDATED WITH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent - Appellee, | ) | |
| | ) | |
| v. | ) | 13-70016 |
| | ) | |
| **CHRISTOPHER ANDRE VIALVA,** | ) | |
| | ) | |
| Movant - Appellant. | ) | |

## MOVANT-APPELLANT, CHRISTOPHER ANDRE VIALVA'S, APPLICATION FOR CERTIFICATE OF APPEALABILITY

Pursuant 28 U.S.C. § 2253(c) and Rule 22(b) of the Federal Rules of Appellate

Procedure, Movant-Appellant Christopher Andre Vialva, by counsel, hereby applies

for a Certificate of Appealability authorizing him to appeal from the judgment of the

United States District Court for the Western District of Texas denying his motion for

relief under 28 U.S.C. § 2255 and his motion to alter or amend that judgment, as specified in his Notice of Appeal.

The grounds and arguments in support of issuance of a Certificate of Appealability are set forth fully in the accompanying Brief in Support of Application for Certificate of Appealability.

Respectfully submitted,

/*Susan M. Otto*
SUSAN M. OTTO
Oklahoma Bar Association # 6818
Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee   Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405 609-5930
Telefacsimile: 405 609-5932
Electronic mail:  Susan_Otto@fd.org

JARED TYLER
Texas Bar Association #24042073
Tyler Law Firm, PLLC
P.O. Box 764
Houston, Texas 77001
Telephone: 713 861-4004
Electronic mail: jptyler@tylerlawfirm.org

COUNSEL FOR MOVANT/APPELLANT
CHRISTOPHER ANDRE VIALVA

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August, 2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED this 28th day of August, 2013.

*/Susan M. Otto*
SUSAN M. OTTO