# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 13-70013

UNITED STATES OF AMERICA,

　　　　　Plaintiff - Appellee

v.

BRANDON BERNARD,

　　　　　Defendant - Appellant


CONSOLIDTED WITH 13-70016

UNITED STATES OF AMERICA,

　　　　　Plaintiff - Appellee

v.

CHRISTOPHER ANDRE VIALVA

　　　　　Defendant - Appellant


Appeal from the United States District Court for the
Western District of Texas, Waco


Before JOLLY, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:

A member of this panel previously granted the Government's motion to consolidate appeals. The panel has considered appellant Brandon Bernard's motion for reconsideration. IT IS ORDERED that the motion is

denied.