# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 30, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 13-70013   USA v. Brandon Bernard
      13-70016   USA v. Christopher Andre Vialva
    USDC No. 6:04-CV-164
    USDC No. 6:99-CR-70-2
    USDC No. 6:04-CV-163


Enclosed is an order entered in this case.


        Sincerely,

        LYLE W. CAYCE, Clerk

    By:_____
        Monica R. Washington, Deputy Clerk
        504-310-7705

Mr. John Robert Carpenter
Mr. Joseph H. Gay Jr.
Ms. Susan M. Otto
Mr. Robert Charles Owen
Mr. Mark Randolph Stelmach
Mr. Jared Tyler