# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 06, 2013

Mr. Joseph H. Gay Jr.
U.S. Attorney's Office
Western District of Texas
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216-5512

Mr. Mark Randolph Stelmach
U.S. Attorney's Office
Western District of Texas
816 Congress Avenue
Suite 1000
Austin, TX 78701

     No. 13-70013   USA v. Brandon Bernard
                     USDC No. 6:04-CV-164
                     USDC No. 6:99-CR-70-2
                     USDC No. 6:04-CV-163
                     USDC No. 6:99-CR-70-1

Dear Mr. Gay and Mr. Stelmach,

Please be advised that this letter is confirming a correction
to a response deadline that was set in error.  The letter issued
on August 14, 2013, indicated the response was due November 14,
2013, when the deadline should have been November 19, 2013 (as
allowed by the Court's August 14, 2013, order)

                 Sincerely,

                 LYLE W. CAYCE, Clerk

                 By:_____
                 Mary Frances Yeager, Deputy Clerk
                 504-310-7686

cc:  Mr. John Robert Carpenter
      Ms. Susan M. Otto
      Mr. Robert Charles Owen
      Mr. Jared Tyler