# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

_____

No. 13-70013
_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

BRANDON BERNARD,

        Defendant - Appellant

CONSOLIDTED WITH 13-70016

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

CHRISTOPHER ANDRE VIALVA

        Defendant - Appellant

_____

Appeal from the United States District Court for the
Western District of Texas, Waco
_____

O R D E R:

IT IS ORDERED that appellee's motion for an extension of 7 days, or to and including November 26, 2013 is GRANTED.

_____/s/ Edith H. Jones_____
EDITH H. JONES
UNITED STATES CIRCUIT JUDGE
