# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 04, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-70013    USA v. Brandon Bernard
                USDC No. 6:04-CV-164
                USDC No. 6:99-CR-70-2
                USDC No. 6:04-CV-163
                USDC No. 6:99-CR-70-1

The court has granted the motion for leave to file response/opposition to application for certificate of appealability in excess of work limitation but not to exceed 27,497 words, but this decision is subject to reconsideration by the merits panel.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

Mr. John Robert Carpenter
Mr. Joseph H. Gay Jr.
Ms. Susan M. Otto
Mr. Robert Charles Owen
Mr. Mark Randolph Stelmach
Mr. Jared Tyler