**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent-Appellee | ) | |
| | ) | |
| v. | ) | 13-70013 |
| | ) | |
| **BRANDON BERNARD,** | ) | |
| | ) | |
| Movant - Appellant. | ) | |

**CONSOLIDATED WITH**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent - Appellee, | ) | |
| | ) | |
| v. | ) | 13-70016 |
| | ) | |
| **CHRISTOPHER ANDRE VIALVA,** | ) | |
| | ) | |
| Movant - Appellant. | ) | |

On Appeal from the United States District Court
for the Western District of Texas at Waco
W-99-CR-70
The Honorable Walter S. Smith, Jr.
United States District Judge

**MOVANT/APPELLANT CHRISTOPHER ANDRE VIALVA'S UNOPPOSED
MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF APPLICATION
FOR CERTIFICATE OF APPEALABILITY**

SUSAN M. OTTO
Oklahoma Bar Association # 6818
Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee   Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405 609-5930
Telefacsimile: 405 609-5932
Electronic mail:  Susan_Otto@fd.org

JARED TYLER
Texas Bar Association #24042073
Tyler Law Firm, PLLC
P.O. Box 764
Houston, Texas 77001
Telephone: 832 377-6161
Electronic mail: jptyler@tylerlawfirm.org

> **THIS IS A FEDERAL CAPITAL CASE**

Christopher Andre Vialva, Movant/Apppellant, by and through his counsel respectfully moves for leave to file a reply brief in support of his application for a Certificate of Appealability ("COA") on issues emanating from his *Motion to Vacate, Set Aside, or Correct* pursuant to Title 28, United States Code, Section 2255. The Government filed its response in opposition to Mr. Vialva's request for COA on November 26, 2013.

Because the Government's response raised issues that were not addressed in Mr. Vialva's application, Mr. Vialva requests leave to file the attached reply in support of his application for COA in this capital case. Counsel for Mr. Vialva has conferred with counsel for the Government, who is not opposed to the filing of Mr. Vialva's reply.

## CONCLUSION

For the foregoing reasons, Mr. Vialva requests leave to file the attached reply.

Respectfully submitted,

/s Jared Tyler
SUSAN M. OTTO
Oklahoma Bar Association # 6818
Federal Public Defender
Western District of Oklahoma
215 Dean A. McGee  Suite 109
Oklahoma City, Oklahoma 73102
Telephone: 405 609-5930
Telefacsimile: 405 609-5932
Electronic mail:  Susan_Otto@fd.org

JARED TYLER
Texas Bar Association #24042073
Tyler Law Firm, PLLC
P.O. Box 764
Houston, Texas 77001
Telephone: 832 377-6161
Electronic mail: jptyler@tylerlawfirm.org

COUNSEL FOR MOVANT/APPELLANT
CHRISTOPHER ANDRE VIALVA

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

DATED this 6th of January, 2014.

*/s Jared Tyler*

_____
Jared Tyler