No. 13-70013

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA
*Plaintiff-Appellee*,

v.

BRANDON BERNARD,
*Defendant-Appellant.*

## CONSOLIDATED WITH 13-70016

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

CHRISTOPHER ANDRE VIALVA
*Defendant-Appellant.*

On Appeal from the Denial of Relief Under 28 U.S.C. § 2255 by the
United States District Court for the Western District of Texas

**Defendant-Appellant Brandon Bernard's Unopposed Motion for Leave
to File a Reply Brief, Not to Exceed 9,950 Words, In
Support of His Application for Certificate of Appealability**

Robert C. Owen
Bluhm Legal Clinic
Northwestern University School of Law
375 East Chicago Avenue
Chicago, IL 60611
Phone: (312) 503-0135
Email: robert.owen@law.northwestern.edu

John Carpenter
Asst. Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington 98402
Phone: (253) 593-6710
Email: John_Carpenter@fd.org

Appellant Brandon Bernard respectfully moves, with the Government's consent, for leave to file a Reply Brief, not to exceed 9,950 words, in further support of his Application for Certificate of Appealability. The proposed Reply Brief is submitted with this Motion. In support of this Motion, he states the following:

1. On July 17, 2013, Mr. Bernard filed his Application for Certificate of Appealability and Brief in Support. This Court granted leave to file an over-length Application and Brief containing 19,706 words.

2. On November 26, 2013, the Government filed its consolidated Brief in Nos. 13-70013 and 13-70016. This Court likewise granted leave for that Brief, which contained 27,497 words, to exceed the otherwise applicable limit.

3. Without objection, this Court extended each party's time to file its opening submission.

4. Due to the complexity of the issues in this capital case, Mr. Bernard requests leave to file a Reply Brief addressing the Government's arguments.

5. This Reply is intended to assist the Court in its consideration of the important and factually complicated issues presented and is proportional in length to the opening briefs filed by both parties.

6. Assistant United States Attorney Mark Stelmach, counsel for the Government, advised undersigned counsel via e-mail that the Government does not oppose this request.

WHEREFORE, Defendant-Appellant Brandon Bernard respectfully requests that this Court grant leave to file a Reply Brief not to exceed 9,950 words. The proposed Reply Brief is being filed simultaneously with this Motion.

DATED this 6th day of January, 2014.

Respectfully submitted,


*/s Robert C. Owen*
Robert C. Owen, TX Bar:15371950
Bluhm Legal Clinic
Northwestern Univ. School of Law
375 East Chicago Avenue
Chicago, IL 60611
Phone: (312) 503-0135
Email: robert.owen@law.northwestern.edu

*/s John Carpenter*
John Carpenter, WA Bar:23301
Asst. Federal Public Defender
1331 Broadway, Suite 400
Tacoma, Washington 98402
Phone: (253) 593-6710
Email: John_Carpenter@fd.org

1

# CERTIFICATE OF SERVICE

I hereby certify that on January 6th, 2014, I electronically filed

this document with the Clerk of the Fifth Circuit Court of Appeals using

the CM/ECF filing system, which will cause a copy of the document to

be delivered to the following via electronic mail:

Joseph Gay, AUSA
Chief, Appellate Unit
United States Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, TX 78216

s/ *Amy Strickling,*
Amy Strickling, Paralegal to
John Carpenter, Asst. Federal Public Defender