# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

_____

No. 13-70013

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee

v.

BRANDON BERNARD

        Defendant – Appellant

CONSOLIDATED WITH 13-70016

UNITED STATES OF AMERICA

        Plaintiff – Appellee

v.

CHRISTOPHER ANDRE VIALVA,

        Defendant - Appellant

_____

Appeal from the United States District Court for the
Western District of Texas, Waco

_____

O R D E R:

IT IS ORDERED that appellant Christopher Andre Vialva motion for leave to file a reply to response to application for certificate of appealability is GRANTED.

/s/ EDITH H. JONES
_____
EDITH H. JONES
UNITED STATES CIRCUIT JUDGE