# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 08, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-70016    USA v. Christopher Vialva
                   USDC No. 6:04-CV-163
                   USDC No. 6:99-CR-70-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

Mr. John Robert Carpenter
Mr. Joseph H. Gay Jr.
Ms. Susan M. Otto
Mr. Robert Charles Owen
Mr. Mark Randolph Stelmach
Mr. Jared Tyler