# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

_____

No. 13-70013
_____

UNITED STATES OF AMERICA,

       Plaintiff - Appellee

v.

BRANDON BERNARD,

       Defendant - Appellant


CONSOLIDTED WITH 13-70016

UNITED STATES OF AMERICA,

       Plaintiff - Appellee

v.

CHRISTOPHER ANDRE VIALVA

       Defendant - Appellant


_____

Appeal from the United States District Court for the
Western District of Texas, Waco
_____

O R D E R:

IT IS ORDERED that appellant Brandon Bernard's motion for leave to file a reply to response to application for certificate of appealability is GRANTED.

IT IS FURTHER ORDERED that appellant Brandon Bernard's motion for leave to file reply to response to application for certificate of appealability in excess of word limitation, but not to exceed 9,950 words is DENIED. Appellant has one week to revise his proposed reply.

/s/ EDITH H. JONES

_____

EDITH H. JONES
UNITED STATES CIRCUIT JUDGE