# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 09, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-70013   USA v. Brandon Bernard
                   USDC No. 6:04-CV-164
                   USDC No. 6:99-CR-70-2

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

Mr. John Robert Carpenter
Mr. Joseph H. Gay Jr.
Ms. Susan M. Otto
Mr. Robert Charles Owen
Mr. Mark Randolph Stelmach
Mr. Jared Tyler