# FEDERAL PUBLIC DEFENDER
### Western District of Washington

January 16, 2014

Clerk of the Court
Fifth Circuit Court of Appeals
600 S. Maestri Place
New Orleans, LA 70130

      **RE:**   *United States v. Brandon Bernard*
               **Fifth Circuit Court of Appeal No. 13-70013**

Dear Clerk:

Please accept the attached corrected Reply Brief in Support of Brandon Bernard's Application for Certificate of Appealability as a replacement to the one filed on January 15, 2014 (Document: 00512501331). This replacement brief is identical in substance to the originally filed reply brief, but has improved formatting and corrects a few typographical errors.

           Sincerely,


           */s/ John R. Carpenter*
           John R. Carpenter, Wash. Bar No. 23301
           Assistant Federal Public Defender
           1331 Broadway, Suite 400
           Tacoma, WA 98402
           Phone: (253) 593-6710 / Fax: (253) 593-6714
           Email: John_Carpenter@fd.org


as