# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 11, 2014

Mr. William Putnicki
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

          No. 13-70013    USA v. Brandon Bernard
          13-70016    USA v. Christopher Andre Vialva
                  USDC No. 6:04-CV-164
                  USDC No. 6:99-CR-70-2
                  USDC No. 6:04-CV-163
                  USDC No. 6:99-CR-70-1

Dear Mr. Putnicki,

Enclosed is a copy of an opinion-order entered on 08/11/14.  We have closed the case in this court.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Joseph M. Armato, Deputy Clerk

Enclosure(s)

cc:  Honorable Walter S. Smith Jr.
     Mr. John Robert Carpenter
     Mr. Joseph H. Gay Jr.
     Ms. Susan M. Otto
     Mr. Robert Charles Owen
     Mr. Mark Randolph Stelmach
     Mr. Jared Tyler