# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 24, 2014

Mr. John Robert Carpenter
Federal Public Defender's Office
1331 Broadway
Suite 400
Tacoma, WA 98402-3410

Mr. Robert Charles Owen
Northwestern University
School of Law
375 E. Chicago Avenue
8th Floor
Chicago, IL 60611

    No. 13-70013   USA v. Brandon Bernard
                    USDC No. 6:04-CV-164
                    USDC No. 6:99-CR-70-2

Dear Counsel,

You must submit the 20 paper copies of your rehearing en banc required by 5TH CIR. R. 35.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

cc:  Mr. Joseph H. Gay Jr.
     Mr. Mark Randolph Stelmach