**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 26, 2014

Mr. John Robert Carpenter
Federal Public Defender's Office
1331 Broadway
Suite 400
Tacoma, WA 98402-3410

Ms. Susan M. Otto
Federal Public Defender's Office
for the Western District of Oklahoma
215 Dean A. McGee Avenue
Suite 109
Oklahoma City, OK 73102-0000

Mr. Robert Charles Owen
Northwestern University
School of Law
375 E. Chicago Avenue
8th Floor
Chicago, IL 60611

Mr. Jared Tyler
Tyler Law Firm, P.L.L.C.
1910 State Street
Houston, TX 77007-0000

    No. 13-70016   USA v. Christopher Vialva
                USDC No. 6:04-CV-163
                USDC No. 6:99-CR-70-1

Dear Counsel,

You must submit the 20 paper copies of your rehearing en banc required by 5ᵀᴴ CɪR. R. 35.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Monica R. Washington, Deputy Clerk
                504-310-7705

cc:  Mr. Joseph H. Gay Jr.
     Mr. Mark Randolph Stelmach