# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

---

No. 13-70013

---

UNITED STATES OF AMERICA,

> Plaintiff - Appellee

v.

BRANDON BERNARD,

> Defendant - Appellant

CONSOLIDTED WITH 13-70016

UNITED STATES OF AMERICA,

> Plaintiff - Appellee

v.

CHRISTOPHER ANDRE VIALVA

> Defendant - Appellant

---

Appeals from the United States District Court for the
Western District of Texas, Waco

---

## ON PETITIONS FOR REHEARING EN BANC

(Opinion  8/11/14, 5 Cir., _____ , _____ , F.3d _____ )

Before JOLLY, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:

(✓)  Treating the Petitions for Rehearing En Banc as Petitions for Panel Rehearing, the Petitions for Panel Rehearing are DENIED.  No member of the panel nor judge in regular active service of the court having requested that the court be polled on Rehearing En Banc (FED R. APP. P. and 5TH CIR. R. 35), the Petitions for Rehearing En Banc are DENIED.

( )  Treating the Petitions for Rehearing En Banc as Petitions for Panel Rehearing, the Petitions for Panel Rehearing are DENIED.  The court having been polled at the request of one of the members of the court and a majority of the judges who are in regular active service and not disqualified not having voted in favor (FED R. APP. P. and 5TH CIR. R. 35), the Petitions for Rehearing En Banc are DENIED.

ENTERED FOR THE COURT:

*Edith H. Jones*
UNITED STATES CIRCUIT JUDGE