# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 20, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 13-70013    USA v. Brandon Bernard
No. 13-70016    USA v. Christopher Vialva
                USDC No. 6:04-CV-164
                USDC No. 6:99-CR-70-2
                USDC No. 6:04-CV-163
                USDC No. 6:99-CR-70-1


Enclosed is an order entered in this case.



                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Monica R. Washington, Deputy Clerk
                        504-310-7705


Mr. John Robert Carpenter
Mr. Joseph H. Gay Jr.
Ms. Susan M. Otto
Mr. Robert Charles Owen
Mr. Mark Randolph Stelmach
Mr. Jared Tyler