# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 22, 2015

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

     Re:  Brandon Bernard
          v. United States
          No. 14-8071
          (Your No. 13-70013)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 20, 2015 and placed on the docket January 22, 2015 as No. 14-8071.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob C. Travers
Case Analyst