# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

January 23, 2015

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

    Re:  Christopher Andre Vialva
        v. United States
        No. 14-8112
        (Your No. 13-70016)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 20, 2015 and placed on the docket January 23, 2015 as No. 14-8112.

Sincerely,

**Scott S. Harris**, Clerk

by

Erik  Fossum
Case Analyst