# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**


January 20, 2016


Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701


    No. 13-70013   USA v. Brandon Bernard
                      USDC No. 6:04-CV-164
                      USDC No. 6:99-CR-70-2


Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.


           Sincerely,

           LYLE W. CAYCE, Clerk

           By: _____
           Charlene A. Vogelaar, Deputy Clerk
           504-310-7648