# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 29, 2016

Ms. Jeannette Clack
Western District of Texas, Waco
United States District Court
800 Franklin Avenue
Waco, TX 76701

      No. 13-70016    USA v. Christopher Vialva
                 USDC No. 6:04-CV-163

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

      Sincerely,

      LYLE W. CAYCE, Clerk

      By: _____
      Lisa G. Landry, Deputy Clerk
      504-310-7649